02-10-480-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-10-00480-CV

 

 


 
 
 City of Arlington
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Rochelle Lane, Individually and as Next Friend of
 Chad Lane, a Minor
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 236th District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant=s motion to dismiss
appeal.  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R.
App. P. 42.1(a)(1), 43.2(f).




Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

 

PANEL: 
MCCOY, MEIER, and GABRIEL, JJ.  

 

DELIVERED: 
March 10, 2011  

 

 














[1]See
Tex. R. App. P. 47.4.